CARLETON R. BURCH
Nevada Bar No. 10527
crb@amclaw.com
JANIECE S. MARSHALL
Nevada Bar No. 4686
jm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
601 S. Seventh Street
Las Vegas, Nevada 89101
TELEPHONE: (702) 479-1010 ♦ FACSIMILE: (702) 479-1025

Attorneys for Defendant Illinois National
Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., | Case No.  2:20-cv-02248-JCM-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY TO ANSWER COMPLAINT** |
| ILLINOIS NATIONAL INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY and FEDERAL INSURANCE COMPANY, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR-6-1, 6-2 and 7-1 Defendant ILLINOIS NATIONAL INSURANCE COMPANY ("Illinois National"), by and through its counsel Carleton R. Burch of the law firm of Anderson McPharlin & Conners LLP and Plaintiffs EB HOLDINGS II, INC., by and through its counsel Talitha Gray Kozlowski of the law firm of Garman Turner Gordon LLP and QXH II, INC., by and through its counsel Paul C. Fuener of the law firm K&L Gates LLP, have agreed to extend the time for Defendant Illinois National to respond to Plaintiffs' Complaint to January 15, 2021.[1]

This request is for good cause and not for undue delay given:

---

[1]The parties submitted a prior stipulation to extend the time; however, this Court denied the extension, without prejudice, as the prior stipulation did not comport with LR IA 6-1 as it failed to give a reason for the requested extension.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
601 S. SEVENTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 479-1010 • FAX (702) 479-1025

2305483.1 05735-105-A

1.      Plaintiffs Eb Holdings and QXH II filed their Complaint on or about December 11, 2020.

2.      Defendant Illinois National Insurance Company's answer to the Complaint is currently due on or before January 6, 2021.

3.      Defendant Illinois National Insurance Company seeks an extension to answer the Complaint from January 6, 2021 to January 15, 2021.

4.   Defendant Illinois National Insurance Company requires additional time to adequately prepare the answer to the Complaint as a result of:

(a)      Pre-existing professional commitments of its counsel in other matters including, but not limited, to preparing the Respondent's Brief in *Pound for Pound Promotions, Inc. v. Golden Boy Promotions, Inc.*, Case A-16-73956, before the Nevada Supreme Court filed on January 4, 2021;

(b)      Delays resulting from COVID-19 pandemic due to the closing of the legal offices in both California and Nevada as well as client representatives working remotely and in different time zones; and

(c)      The recent state and federal holidays which has shortened working days to prepare answers in conjunction with the already scheduled vacation time of counsel around the holidays.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
601 S. SEVENTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 479-1010 • FAX (702) 479-1025

2305483.1 05735-105-A

5.      There have been no other  extensions of time to answer the Complaint  in this matter.

**IT IS SO STIPULATED:**

Dated this 5th day of January 2021.

**GARMAN TURNER GORDON LLP**          **K&L GATES LLP**

/s/Talitha Gray Kozlowski          /s/ Paul C. Fuener
GREGORY E. GARMAN, ESQ.          THOMAS E. BIRSIC, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.          PAUL C. FUENER, ESQ.
TERESA M. PILATOWICZ, ESQ.          K&L Gates Center
7251 Amigo Street, Suite 210          210 Sixth Avenue
Las Vegas, Nevada 89119          Pittsburgh, Pennsylvania 15222
Attorneys for EB Holdings II, Inc.

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
725 S. 8th Street, Suite 100
Las Vegas, Nevada 89101
Attorneys for QXH II, Inc.

**ANDERSON, McPHARLIN & CONNERS LLP**

/s/ Carleton Burch
CARLETON R. BURCH, ESQ.
JANIECE S. MARSHALL, ESQ.
601 S. Seventh Street
Las Vegas, Nevada 89101
Attorneys  for  Illinois  National  Insurance
Company

**ORDER**

IT IS SO ORDERED.

Dated: January 7, 2021

_____
United States Magistrate Judge