Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel:  (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant*
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY<br><br>Defendants. | Case No. 2:20-cv-02248-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[First Request]** |

IT IS STIPULATED by and between Plaintiffs and defendant Federal Insurance Company ("Federal"), through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1, that the time for Federal to respond to Plaintiffs' Complaint (ECF No. 1) may be extended by seven days, or to January 15, 2021. The parties respectfully submit that good cause exists for this stipulation based on the following:

1. Plaintiffs filed their Complaint on December 11, 2020.  (ECF No. 1).

2. Federal was served on December 18, 2020. (ECF No. 9). Accordingly, Federal's response date is January 8, 2021.

3. Due to the intervening December and January holidays between the service and response dates, as well as defense counsel's schedule obligations, Plaintiffs have agreed to provide

4829-5715-0678.1                                         1

Federal with a one-week courtesy extension, to January 15, 2021, to respond to the Complaint.

DATED this 7th day of January, 2021.

GARMAN TURNER GORDON LLP

/s/ *Talitha Gray Kozlowski*
Gregory E. Garman
Nevada Bar No. 6654
Talitha Gray Kozlowski
Nevada Bar No. 9040
Dylan T. Ciciliano
Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for EB Holdings II, Inc.*

DATED this 7th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Federal Insurance Company*

DATED this 7th day of January, 2021.

GHANDI DEETER BLACKHAM

/s/ *Paul Fuener*
Shara L. Larson
Nevada Bar No. 7786
Nedda Ghandi
Nevada Bar No. 11137
725 S. 8th Street, Suite 100
Las Vegas, Nevada 89101

Thomas E. Birsic *(admitted pro hac vice)*
Paul C. Fuener *(admitted pro hac vice)*
Jessica L.G. Moran *(admitted pro hac vice)*
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
*Attorneys for QXH II, INC.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2021

4829-5715-0678.1

2