**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EB HOLDINGS II, INC., et al., | Case No. 2:20-CV-2248 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| ILLINOIS NATIONAL INSURANCE COMPANY, et al., | |
| Defendant(s). | |

Presently before the court is Charles C. Lemley's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 17). Local Rule IA 11-2 provides that "[a]pplications must be by verified petition **on the form furnished by the clerk**." LR IA 11-2(a) (emphasis added). Petitioners are not permitted to alter or amend the form in any way. It appears that petitioner changed the spacing and pagination of the clerk's form. And additionally, prompts five, six, and seven are unanswered. (ECF No. 17 at 3).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's verified petition for permission to practice pro hac vice (ECF No. 17) be, and the same hereby is, DENIED.

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that petitioner shall refile a petition on the form furnished by the clerk in compliance with LR IA 11-2(a) within fourteen (14) days from the entry of this order. If petitioner does not comply with this 14-day deadline, he shall again pay the admission fee for any refiled verified petition.

DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**