1  Charles C. Lemley, Esq.
   (Motion for Admission *Pro Hac Vice* pending)
2  **WILEY REIN, LLP**
   1776 K St. NW
3  Washington, DC 20006
   Tel: (202) 719-7354, Fax: (202) 719-7049
4  clemley@wiley.law

5  Chad C. Butterfield, Esq.
   Nevada Bar No. 10532
6  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
   6689 Las Vegas Blvd. South, Suite 200
7  Las Vegas, Nevada 89119
   Tel: (702) 727-1400, Fax: (702) 727-1401
8  chad.butterfield@wilsonelser.com
   *Attorneys for Continental Casualty Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:20-cv-02248-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br>**[First Request]** |

IT IS STIPULATED by and between Plaintiffs and defendant Continental Casualty Company ("Continental"), through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1, that the time for Continental to respond to Plaintiffs' Complaint (ECF No. 1) may be extended by four days, or to January 15, 2021. The parties respectfully submit that good cause exists for this stipulation based on the following:

1. Plaintiffs filed their Complaint on December 11, 2020. (ECF No. 1).

2. Continental was served on December 21, 2020. (ECF No. 10). Accordingly, Continental's response date is January 11, 2021.

3. Due to the intervening December and January holidays between the service and response dates, as well as defense counsel's schedule obligations, Plaintiffs have agreed to provide

1  Continental with a four day courtesy extension to January 15, 2021.

2      RESPECTFULLY SUBMITTED this 11th day of January 2020.

3  DATED this 11th day of January, 2021.　　　　DATED this 11th day of January, 2021.

4  GARMAN TURNER GORDON LLP　　　　WILSON ELSER MOSKOWITZ
　　　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

*/s/ Talitha Gray Kozlowski*_____　　By:  */s/ Chad C. Butterfield*_____
Gregory E. Garman, Esq.　　　　　　　　　　　　Chad C. Butterfield, Esq.
Nevada Bar No. 6654　　　　　　　　　　　　　　Nevada Bar No. 10532
Talitha Gray Kozlowski, Esq.　　　　　　　　　6689 Las Vegas Blvd. South, Suite 200
Nevada Bar No. 9040　　　　　　　　　　　　　　Las Vegas, Nevada 89119
Dylan T. Ciciliano, Esq.　　　　　　　　　　　*Attorney for Continental Casualty*
Nevada Bar No. 12348　　　　　　　　　　　　　*Company*
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for EB Holdings II, Inc.*

DATED this 11th day of January, 2021.

GHANDI DEETER BLACKHAM

*/s/ Paul Fuener*_____
Shara L. Larson, Esq.
Nevada Bar No. 7786
Nedda Ghandi, Esq.
Nevada Bar No. 11137
725 S. 8th Street, Suite 100
Las Vegas, Nevada 89101

Thomas E. Birsic, Esq. *(admitted pro hac vice)*
Paul C. Fuener, Esq. *(admitted pro hac vice)*
Jessica L.G. Moran, Esq. *(admitted pro hac vice)*
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
*Attorneys for QXH II, INC.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 12, 2021

2