# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC., et al.,<br>    Plaintiff(s),<br>v.<br>ILLINOIS NATIONAL INSURANCE COMPANY., et al.,<br>    Defendant(s). | Case No.: 2:20-cv-02248-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 15, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: March 8, 2021

Nancy J. Koppe
United States Magistrate Judge