SUSMAN GODFREY LLP
ALEXANDRA WHITE, ESQ.
(admitted *pro hac vice*)
Email: lwhite@susmangodfrey.com
STEVEN M. SHEPARD, ESQ.
(admitted *pro hac vice*)
Email: sshepard@susmangodfrey.com
FLOYD SHORT, ESQ.
(admitted *pro hac vice*)
Email: fshort@susmangodfrey.com
RAVI BHALLA, ESQ.
Email: rbhalla@susmangodfrey.com
1000 Louisiana Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
DYLAN CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for EB Holdings II, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:20-cv-02248-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF EB HOLDINGS II, INC. TO FILE ITS RESPONSE TO DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY'S MOTION TO COMPEL** <br><br> **[First Request]** |

IT IS STIPULATED by and between Plaintiff EB Holdings II, Inc. ("EBH") and Defendant Illinois National Insurance Company ("Illinois National"), through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1, that the time for EBH to respond to Illinois National's Motion to Compel Plaintiff EB Holdings to Provide Responses to First Set of Interrogatories Nos. 2-4 (Dkt. 94) may be extended by ten days, to January 5, 2022. The parties respectfully submit that good cause exists for this stipulation based on the following:

1. Illinois National filed its Motion to Compel Plaintiff EB Holdings to Provide Responses to First Set of Interrogatories Nos. 2-4 on December 13, 2021 (Dkt. 94).

2. EBH's deadline to respond to Illinois National's motion to compel is December 27, 2021.

*See* Dkt. 94; LR 7-2.

3. Due to the intervening December and January holidays between the filing and response dates, as well as EBH's counsel's schedule obligations, Illinois National has agreed to provide EBH with a ten-day courtesy extension, to January 5, 2022, to respond to Illinois National's motion to compel.

DATED this 20th day of December 2021

Respectfully submitted,

| | |
|---|---|
| SUSMAN GODFREY LLP | ANDERSON, McPHARLIN & CONNERS LLP |
| By: */s/ Dylan Ciciliano* | By: */s/ Carleton Burch* |
| ALEXANDRA WHITE, ESQ.<br>(admitted *pro hac vice*)<br>Email: lwhite@susmangodfrey.com<br>STEVEN M. SHEPARD, ESQ.<br>(admitted *pro hac vice*)<br>Email: sshepard@susmangodfrey.com<br>FLOYD SHORT, ESQ.<br>(admitted *pro hac vice*)<br>Email: fshort@susmangodfrey.com<br>RAVI BHALLA, ESQ.<br>Email: rbhalla@susmangodfrey.com<br>1000 Louisiana Suite 5100<br>Houston, TX 77002-5096<br>Tel: (713) 651-9366<br><br>GARMAN TURNER GORDON LLP<br><br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>DYLAN CICILIANO, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>*Attorneys for EB Holdings II, Inc.* | CARLETON R. BURCH<br>Nevada Bar No. 10527<br>JANIECE S. MARSHALL<br>Nevada Bar No. 4686<br>ANDERSON, McPHARLIN & CONNERS LLP<br>601 S. Seventh Street<br>Las Vegas, Nevada 89101<br>TELEPHONE: (702) 479-1010<br>FACSIMILE: (702) 479-1025<br>crb@amclaw.com<br>jm@amc.law.com<br><br>KENNETH D. WATNICK (admitted Pro Hac Vice)<br>ANDERSON, McPHARLIN & CONNERS LLP<br>707 Wilshire Boulevard, Suite 4000<br>Los Angeles, California 90017<br>Office: (213) 236-1627<br>Cell: (213) 324-0623<br>krb@amclaw.com<br><br>*Counsel for Defendant*<br>*Illinois National Insurance Company* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2021