# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EB HOLDINGS II, INC., et al.,

    Plaintiff(s),

v.

ILLINOIS NATIONAL INSURANCE COMPANY, et al.,

    Defendant(s).

Case No. 2:20-cv-02248-JCM-NJK

**Order**

[Docket No. 98]

Pending before the Court is a joint motion to shorten time regarding the briefing schedule for Defendants' motion to extend. Docket No. 98; *see also* Docket No. 97 (motion to extend). The motion to shorten time is **GRANTED**. Any response opposing the motion to extend must be filed by January 7, 2022, and any reply thereto must be filed by January 10, 202.

IT IS SO ORDERED.

Dated: January 4, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1