SUSMAN GODFREY LLP
ALEXANDRA WHITE, ESQ.
(admitted *pro hac vice*)
Email: lwhite@susmangodfrey.com
STEVEN M. SHEPARD, ESQ.
(admitted *pro hac vice*)
Email: sshepard@susmangodfrey.com
FLOYD SHORT, ESQ.
(admitted *pro hac vice*)
Email: fshort@susmangodfrey.com
RAVI BHALLA, ESQ.
(admitted *pro hac vice*)
Email: rbhalla@susmangodfrey.com
TYLER FINN, ESQ.
(admitted *pro hac vice*)
Email: tfinn@susmangodfrey.com
1000 Louisiana Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
DYLAN CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000

*Attorneys for EB Holdings II, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY, <br><br> Defendants. | **Case No.: 2:20-cv-02248-JCM-NJK** <br><br> **PLAINTIFF EB HOLDINGS II, INC.'S MOTION TO SHORTEN TIME REGARDING THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL** |

Pursuant to Local Rule IA 6-1, Plaintiff EB Holdings II, Inc. ("EBH") brings this Motion to Shorten Time Regarding the Briefing Schedule for EBH's Motion to Compel Testimony on Illinois National's Affirmative Defenses, filed on February 4, 2022.

Under Local Rule 7-2, Illinois National's response is due on February 18, 2022 and EBH's reply is due on February 25. Local Rule IA 6-1(d) provides that "Motions to shorten time will be granted only upon an attorney or party's declaration describing the circumstances claimed to constitute good cause to justify shortening of time."

In its January 11, 2022 Order, this Court noted that "[g]iven that counsel must engage in a thorough and meaningful conferral process prior to filing" any motions to compel prior to the close of fact discovery, "the Court may shorten the time for briefing such a dispute." Dkt. 107 at 2 n.2. As explained in the Declaration of Steven Shepard, attached hereto as **Exhibit A**, in light of this Court's January 11 Order and the robust, nearly two-month long meet-and-confer process that preceded the filing of EBH's Motion to Compel Testimony on Illinois National's Affirmative Defenses, good cause exists to shorten the briefing schedule for that motion. Plaintiff proposes that Illinois National file its response on February 11 and Plaintiff file its reply on February 16, 2022.

Dated: February 4, 2022

Respectfully submitted,


SUSMAN GODFREY LLP


By: */s/ Tyler Finn*

ALEXANDRA WHITE, ESQ.
(admitted *pro hac vice*)
Email: lwhite@susmangodfrey.com
STEVEN M. SHEPARD, ESQ.
(admitted *pro hac vice*)
Email: sshepard@susmangodfrey.com
FLOYD SHORT, ESQ.
(admitted *pro hac vice*)
Email: fshort@susmangodfrey.com
RAVI BHALLA, ESQ.
Email: rbhalla@susmangodfrey.com
(admitted *pro hac vice*)
TYLER FINN, ESQ.
(admitted *pro hac vice*)
Email: tfinn@susmangodfrey.com
1000 Louisiana Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

GARMAN TURNER GORDON LLP

GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.

IT IS SO ORDERED.
Dated:  February 7, 2022
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for EB Holdings II, Inc.*