**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC., et al., | Case No. 2:20-cv-02248-JCM-NJK |
| Petitioner(s), | |
| v. | **ORDER** |
| ILLINOIS NATIONAL INSURANCE COMPANY, et al., | |
| Respondent(s). | |

The requirement in the local rules to submit courtesy copies of voluminous filings has been suspended as a general matter, but judges may still direct parties to submit courtesy copies in particular cases. Second Amended Temporary Gen. Order 2020-04 at ¶ 5. The parties have filed voluminous papers regarding two discovery disputes. Docket Nos. 112, 115, 120, 123, 124. The Court hereby **ORDERS** the parties to submit courtesy copies of their respective filings by noon on March 2, 2022. These courtesy copies must be submitted to the undersigned's box in the Clerk's Office.

IT IS SO ORDERED.

Dated: February 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1