UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC., et al.,<br><br>  Plaintiff(s),<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, et al.,<br><br>  Defendant(s). | Case No. 2:20-cv-02248-JCM-NJK<br><br>**Order**<br><br>[Docket No. 115] |

Pending before the Court is Plaintiff EB Holdings II's motion to compel. Docket No. 115. That motion addresses the parties' disputes with respect to two requests for production and three interrogatories. With respect to the requests for production in dispute, one of them seeks production of certain underwriting files (Request for Production 53) and the other seeks production of certain Rater Worksheets (Request for Production 54). The briefing at times discusses these documents without significant differentiation. *See, e.g.*, Docket No. 123 at 5-9; Docket No. 124 at 11 (seeking order to compel production of "underwriting files (including Rater Worksheets)"). On March 10, 2022, Illinois National filed a notice that it will provide Plaintiff with "underwriting files." Docket No. 129. The notice does not indicate whether Illinois National will also provide "Rater Worksheets." Accordingly, Illinois National must file a notice clarifying whether it still resists production of the Rater Worksheets at issue in the motion to compel. This notice must be filed by 3:00 p.m. on March 11, 2022.

IT IS SO ORDERED.

Dated: March 11, 2022

                                                                                             _____
                                                                                             Nancy J. Koppe
                                                                                             United States Magistrate Judge