K&L GATES LLP
THOMAS E. BIRSIC, ESQ.
(admitted *pro hac vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(admitted *pro hac vice*)
Email: paul.fuener@klgates.com
JESSICA L. MORAN, ESQ.
(admitted *pro hac vice*)
Email: jessica.moran@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel:  (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel:  (702) 878-1115
*Attorneys for QXH II, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:20-cv-02248-JCM-NJK <br><br> **PLAINTIFF QXH II, INC.'S MOTION TO SHORTEN TIME REGARDING THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL** |

Pursuant to Local Rule IA 6-1, Plaintiff QXH II, Inc. ("QXH") brings this Motion to Shorten Time Regarding the Briefing Schedule for QXH's Motion to Compel Illinois National to Provide an Interrogatory Response, filed concurrently herewith.

Under Local Rule 7-2, Illinois National's response is due two weeks from filing, and QXH's reply is due one week later.  Local Rule IA 6-1(d) provides that "Motions to shorten time will be granted only

1

upon an attorney or party's declaration describing the circumstances claimed to constitute good cause to justify shortening of time."

In its January 11, 2022 Order, this Court noted that "[g]iven that counsel must engage in a thorough and meaningful conferral process prior to filing" any motions to compel prior to the close of fact discovery, "the Court may shorten the time for briefing such a dispute." Dkt. 107 at 2 n.2. As explained in the Declaration of Paul Fuener, attached hereto as **Exhibit A**, in light of this Court's January 11 Order and the approach of the March 25, 2022 close of fact discovery, good cause exists to shorten the briefing schedule for that motion. Plaintiff proposes that Illinois National file its response on March 28 and Plaintiff file its reply on March 31, 2022.

Dated: March 23, 2022

Respectfully submitted,
K&L GATES LLP

By: /s/ Paul C. Fuener
THOMAS E. BIRSIC, ESQ.
(admitted *pro hac vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(admitted *pro hac vice*)
Email: paul.fuener@klgates.com
JESSICA L. MORAN, ESQ.
(admitted *pro hac vice*)
Email: jessica.moran@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel:  (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel:  (702) 878-1115

*Attorneys for Plaintiff QXH II, Inc.*

IT IS SO ORDERED.
Dated:  March 23, 2022
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2