# EXHIBIT 5

# EXHIBIT 5

**From:**     Steven M. Shepard
**To:**       Andrea Martinez; Carleton Burch; Carrie Turner; Chad Butterfield; Charlie Lemley; Cheryl C. Bradford; Janiece Marshall; Jeff Gaylord; Jeff Olster; Ken Watnick; Kristen Oten; Leland Jones; Lorraine Andujo; Maria P. Collins; Maureen Allen; Susan Awe
**Cc:**       Fuener, Paul C.; Moran, Jessica L.G.; Dylan Ciciliano; Ellen Sullivan-Vasquez; Floyd G. Short; Jianna Abalos; Lexie White; Micheal Mitchell; Ravi Bhalla; Steven M. Shepard; Talitha Gray; Tyler Finn
**Subject:**  EB Holdings et al v. Illinois National -- Additional Eric Volk Productions Required
**Date:**     Friday, May 6, 2022 2:05:00 PM

Counsel,

During today's deposition Mr. Volk testified that he reviewed, considered, and relied upon the following documents that have not been produced.  Please confirm, no later than the meet and confer on May 11, that your clients will undertake to produce these promptly and in any event no later than May 13:

1. The "notes" prepared by Mr. Garner (Mr. Volk's colleague at JS Held) of deposition transcripts and other documents; and
2. The 2001 article published in the Journal of Accountancy

Steven M. Shepard
Susman Godfrey LLP
office: 212.729.2010
cell: 914.282.5310