SUSMAN GODFREY LLP
ALEXANDRA WHITE, ESQ.
(admitted *pro hac vice*)
Email: lwhite@susmangodfrey.com
STEVEN M. SHEPARD, ESQ.
(admitted *pro hac vice*)
Email: sshepard@susmangodfrey.com
FLOYD SHORT, ESQ.
(admitted *pro hac vice*)
Email: fshort@susmangodfrey.com
RAVI BHALLA, ESQ.
(admitted *pro hac vice*)
Email: rbhalla@susmangodfrey.com
TYLER FINN, ESQ.
(admitted *pro hac vice*)
Email: tfinn@susmangodfrey.com
1000 Louisiana Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
DYLAN CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for EB Holdings II, Inc.*

K&L GATES LLP
THOMAS E. BIRSIC, ESQ.
(admitted *pro hac vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(admitted *pro hac vice*)
Email: paul.fuener@klgates.com
JESSICA L.G. MORAN, ESQ.
(admitted *pro hac vice*)
Email: jessica.moran@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel: (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
*Attorneys for QXH II, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | **Case No.: 2:20-cv-02248-JCM-NJK**<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE (FIRST REQUEST)** |

Plaintiffs EB Holdings II, Inc. ("EBH"), QXH II, Inc. ("QXH," and together with EBH, the "Plaintiffs") and Defendants Illinois National Insurance Company ("Illinois National"), Continental Casualty Company ("Continental"), and Federal Insurance Company ("Federal," and together with Illinois National and Continental, the "Defendants," and together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby enter into this Joint Stipulation Regarding Summary Judgment Briefing Schedule pursuant to Fed. R. Civ. P. 6, LR IA 6-1(a), and LR 7-2(b) as follows:

1. In accordance with this Court's January 11, 2022 Order (Doc. No. 107), the Parties filed opening briefs in support of their motions for summary judgment on June 3, 2022.

2. Plaintiffs filed a single motion for summary judgment (Doc. No. 169) and each of the Defendants filed a separate motion for summary judgment (Doc. Nos. 151, 153, 154).

3. Pursuant to LR 7-2(b), the deadline for the Parties to file points and authorities in response to the motions for summary judgment filed on June 3 is June 24, 2022. The deadline for the Parties to file replies in further support of their motions for summary judgment is July 8, 2022.

4. After meeting and conferring on June 10, 2022, the Parties jointly and respectfully request that the Court enter the following briefing schedule for the remainder of summary judgment briefing:

- Response Briefs due by July 1, 2022; and
- Reply Briefs due by July 15, 2022

5. The Parties have been working diligently toward the June 24 deadline, but would benefit from this modest one-week extension in responding to the issues raised across the four motions for summary judgment filed.

6. This is the first stipulation to extend the summary judgment briefing schedule.

7. Granting this extension will not impact any other deadline ordered by the Court.

| | |
|---|---|
| GARMAN TURNER GORDON LLP | K&L GATES LLP |
| By: */s/ Dylan Ciciliano* <br> GREGORY E. GARMAN, ESQ. <br> TALITHA GRAY KOZLOWSKI, ESQ. <br> DYLAN CICILIANO, ESQ. <br> 7251 Amigo Street, Suite 210 <br> Las Vegas, Nevada 89119 <br><br> ALEXANDRA WHITE, ESQ. <br> (admitted *pro hac vice*) <br> Email: lwhite@susmangodfrey.com <br> STEVEN M. SHEPARD, ESQ. <br> (admitted *pro hac vice*) <br> Email: sshepard@susmangodfrey.com <br> FLOYD SHORT, ESQ. <br> (admitted *pro hac vice*) <br> Email: fshort@susmangodfrey.com <br> RAVI BHALLA, ESQ. <br> (admitted *pro hac vice*) <br> Email: rbhalla@susmangodfrey.com <br> TYLER FINN, ESQ. <br> (admitted *pro hac vice*) <br> Email: tfinn@susmangodfrey.com <br> 1000 Louisiana Suite 5100 <br> Houston, TX 77002-5096 <br> Tel: (713) 651-9366 <br><br> *Attorneys for EB Holdings II, Inc.* | By: */s/ Paul Fuener* <br> THOMAS E. BIRSIC, ESQ. <br> (admitted *pro hac vice*) <br> Email: thomas.birsic@klgates.com <br> PAUL C. FUENER, ESQ. <br> (admitted *pro hac vice*) <br> Email: paul.fuener@klgates.com <br> JESSICA L.G. MORAN, ESQ. <br> (admitted *pro hac vice*) <br> Email: jessica.moran@klgates.com <br> K&L Gates Center <br> 210 Sixth Avenue <br> Pittsburgh, Pennsylvania 15222-2613 <br> Tel:  (412) 355-6500 <br><br> GHANDI DEETER BLACKHAM <br><br> SHARA L. LARSON, ESQ. <br> Nevada Bar No. 7786 <br> Email:  shara@ghandilaw.com <br> 725 S. 8th St., Suite 100 <br> Las Vegas, Nevada 89101 <br> Tel:  (702) 878-1115 <br><br> *Attorneys for QXH II, Inc.* |
| ANDERSON, McPHARLIN & CONNERS LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By: */s/ Carleton Burch* <br> CARLETON R. BURCH, ESQ. <br> JANIECE S. MARSHALL, ESQ. <br> 601 S. Seventh Street <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Illinois National Insurance Company* | By: */s/ Chad Butterfield* <br> CHAD C. BUTTERFIELD, ESQ. <br> 300 South 4th Street, 11th Floor <br> Las Vegas, Nevada 89101 <br><br> WILEY REIN LLP <br> CHARLES C. LEMLEY, ESQ. <br> LELAND JONES, ESQ. <br> 2050 M Street, NW <br> Washington, DC 20036 <br> *Attorneys for Continental Casualty Company* |

1  LEWIS BRISBOIS BISGAARD & SMITH LLP

3  By: */s/ Jeffrey Olster*
4      JEFFREY D. OLSTER, ESQ.
    6385 S. Rainbow Boulevard, Suite 600
5      Las Vegas, Nevada 89118

6  *Attorneys for Federal Insurance Company*

10  IT IS SO ORDERED:

11  _____
12  UNITED STATES DISTRICT JUDGE

13  DATED: June 13, 2022

4