Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400
chad.butterfield@wilsonelser.com

Leland H. Jones IV (admitted *pro hac vice*)
Charles C. Lemley (admitted *pro hac vice*)
Andrea V. Martinez (admitted *pro hac vice*)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202) 719-7000
ljones@wiley.law
clemley@wiley.law
amartinez@wiley.law
*Attorneys for Defendant Continental*
*Casualty Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | **Case No.: 2:20-cv-02248-JCM-NJK**<br><br>**JOINT STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE (SECOND REQUEST)** |

Defendants Continental Casualty Company ("Continental"), Illinois National Insurance Company ("Illinois National"), and Federal Insurance Company ("Federal," and together with Illinois National and Continental, the "Defendants") and Plaintiffs EB Holdings II, Inc. ("EBH"), QXH II, Inc. ("QXH," and together with EBH, the "Plaintiffs," and together with the Defendants, the "Parties"), by and through their respective counsel of record, hereby enter into this Joint Stipulation Regarding Summary Judgment Briefing Schedule pursuant to Fed. R. Civ. P. 6, LR IA 6-1(a), and LR 7-2(b) as follows:

272662047v.1

1. In accordance with this Court's January 11, 2022 Order (ECF No. 107), the Parties filed opening briefs in support of their motions for summary judgment on June 3, 2022.

2. Plaintiffs filed a motion for summary judgment (ECF No. 169), and the Defendants each filed their motions for summary judgment (ECF Nos. 151, 153, 154).

3. In this Court's June 13, 2022 Order (ECF No. 176), the court granted the parties request for an extension of the deadlines for the parties to file their oppositions by one week.

4. Plaintiffs filed their oppositions to Defendants' motions for summary judgment (ECF Nos. 189, 192, 193), and the Defendants filed their oppositions or joined the other oppositions to Plaintiffs' motion for summary judgment (ECF Nos. 184, 185, 186) on July 1, 2022.

5. Pursuant to LR 7-2(b), and this Court's June 13, 2022 Order (ECF No. 176), the deadline for the Parties to file replies in further support of their respective motions for summary judgment is July 15, 2022.

6. After meeting and conferring on July 5, 2022, the Parties jointly and respectfully request that the Court enter the following briefing schedule for the remainder of summary judgment briefing:

- Reply Briefs due by July 22, 2022

7. The Parties have been working diligently toward the July 15 deadline, but would benefit from this one-week extension for all parties' reply briefs.

8. This is the second stipulation to extend the summary judgment briefing schedule.

9. Granting this extension will not impact any other deadline ordered by the Court.

**IT IS SO STIPULATED.**

| GARMAN TURNER GORDON LLP | K&L GATES LLP |
|---|---|
| By: /s/ Steven M. Shepard (with permission)<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119 | By:/s/ Paul C. Fuener (with permission)<br>THOMAS E. BIRSIC, ESQ.<br>PAUL C. FUENER, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222 |

2

272662047v.1

| | |
|---|---|
| SUSMAN GODFREY L.L.P.<br>STEVEN M. SHEPARD, ESQ.<br>FLOYD G. SHORT, ESQ.<br>RAVI PAUL SINGH BHALLA, ESQ.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, New York 10019 | GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for QXH II, Inc.* |
| SUSMAN GODFREY L.L.P.<br>ALEXANDRA G. WHITE, ESQ.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>*Attorneys for EB Holdings II, Inc.* | |
| ANDERSON, McPHARLIN & CONNERS LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By: /s/ Carleton Burch (with permission)<br>CARLETON R. BURCH, ESQ.<br>JANIECE S. MARSHALL, ESQ.<br>601 S. Seventh Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Illinois National Insurance Company* | By: /s/ Chad C. Butterfield<br><br>CHAD C. BUTTERFIELD, ESQ.<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br><br>WILEY REIN LLP<br>LELAND H. JONES IV, ESQ.<br>2050 M Street, NW<br>Washington, DC 20036<br>*Attorneys for Continental Casualty Company* |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | |
| By: /s/ Jeffrey D. Solter (with permission)<br>JEFFREY D. OLSTER, ESQ.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Federal Insurance Company* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2022

3

272662047v.1