UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC., et al.,<br><br>   Plaintiff(s),<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, et al.,<br><br>   Defendant(s). | Case No. 2:20-cv-02248-JCM-NJK<br><br>**Order**<br><br>[Docket No. 142] |

Pending before the Court is Plaintiff QXH II's motion to compel. Docket No. 142. Defendant Illinois National's response relies on various representations, including some that do not appear in the supporting declaration. For example, the responsive brief indicates that:

> Determining the exact date on which this [epiphany] occurred will require Illinois National's counsel to go back through the entirety of the discovery and investigation it conducted in this case, including privileged client meetings, going back through the internal work product and analysis of counsel, and determine, if possible, when it determined the affirmative defense was viable.

Docket No. 147 at 11. The Court has not located a corresponding statement in counsel's declaration. *See id.* at 14-17. Courts do not generally consider representations in briefs that are not supported by declaration. *O'Bannon v. Nat. Collegiate Athletic Ass'n*, 802 F.3d 1049, 1067 n.11 (9th Cir. 2015). If Illinois National wishes the Court to consider any such factual representations presented in briefing the instant motion, it must file a supplemental declaration attesting to those facts by July 29, 2022.

IT IS SO ORDERED.

Dated: July 25, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1