AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EB HOLDINGS II, INC., et al.,

                Plaintiffs,

    v.

ILLINOIS NATIONAL INSURANCE COMPANY, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-CV-2248 JCM (NJK)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff. This case is now closed.

 

3/31/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk