UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY; et al., <br><br> Defendants - Appellees. | No. 23-15556 <br><br> D.C. No. 2:20-cv-02248-JCM-NJK <br> U.S. District Court for Nevada, Las Vegas <br><br> **MANDATE** |

The judgment of this Court, entered July 29, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $282.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT