| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GREGORY E. GARMAN, ESQ.<br>Nevada Bar No. 6654<br>Email: ggarman@gtg.legal<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>Nevada Bar No. 9040<br>Email: tgray@gtg.legal<br>DYLAN CICILIANO, ESQ.<br>Nevada Bar No. 12348<br>Email: dciciliano@gtg.legal<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br><br>SUSMAN GODFREY L.L.P.<br>ALEXANDRA G. WHITE, ESQ.<br>Admitted *pro hac vice*<br>Email: lwhite@susmangodfrey.com<br>STEVEN M. SHEPARD, ESQ.<br>Admitted *pro hac vice*<br>Email: sshepard@susmangodfrey.com<br>FLOYD G. SHORT, ESQ.<br>Admitted *pro hac vice*<br>Email: fshort@susmangodfrey.com<br>RAVI PAUL SINGH BHALLA, ESQ.<br>Admitted *pro hac vice*<br>Email: rbhalla@susmangodfrey.com<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel: (713) 653-7883<br>*Attorneys for EB Holdings II, Inc.* | K&L GATES LLP<br>THOMAS E. BIRSIC, ESQ.<br>(admitted *pro hac vice*)<br>Email: thomas.birsic@klgates.com<br>JESSICA L.G. MORAN, ESQ.<br>(admitted *pro hac vice*)<br>Email: jessica.moran@klgates.com<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222-2613<br>Tel: (412) 355-6500<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email: shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel: (702) 878-1115<br>*Attorneys for QXH II, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | **Case No.: 2:20-cv-02248-JAD-NJK**<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE (FIRST REQUEST)**<br><br>[ECF No. 284] |

Plaintiffs EB Holdings II, Inc. ("EBH"), QXH II, Inc. ("QXH," and together with EBH, the "Plaintiffs"), Defendants Continental Casualty Company ("Continental"), Illinois National Insurance Company ("Illinois National"), and Federal Insurance Company ("Federal," and together with Illinois National and Continental, the "Defendants" and together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby enter into this Joint Stipulation Regarding Summary Judgment Briefing Schedule pursuant to Fed. R. Civ. P. 6, LR IA 6-1(a), and LR 7-2(b) as follows:

1. In accordance with this Court's January 29, 2025 Order (ECF No. 259), the Parties filed opening briefs in support of their renewed motions for summary judgment on March 14, 2025.

2. Plaintiffs filed a motion for summary judgment (ECF No. 280), and the Defendants each filed their motions for summary judgment (ECF Nos. 263, 274, 279).

3. Pursuant to LR 7-2(b), the deadline for the Parties to file oppositions to their respective motions for summary judgment is April 4, 2025, and the deadline to file replies in further support of their respective motions for summary judgment is April 18, 2025.

4. After meeting and conferring on March 28, 2025, the Parties jointly and respectfully request that the Court enter the following briefing schedule for the remainder of summary judgment briefing:

- Opposition Briefs due by April 11, 2025.
- Reply Briefs due by May 2, 2025.

5. The Parties have been working diligently toward the April 4 deadline, but would benefit from this extension for all parties' opposition and reply briefs.

6. This is the first stipulation to extend the summary judgment briefing schedule.

7. Granting this extension will not impact any other deadline ordered by the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

All signatories listed, and on whose behalf the filing is submitted, concur in the content and have authorized the filing.

| | |
|---|---|
| SUSMAN GODFREY LLP | K&L GATES LLP |
| By: */s/ Tyler Finn*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>DYLAN CICILIANO, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>SUSMAN GODFREY L.L.P.<br>ALEXANDRA G. WHITE, ESQ.<br>STEVEN M. SHEPARD, ESQ.<br>FLOYD G. SHORT, ESQ.<br>RAVI PAUL SINGH BHALLA, ESQ.<br>TYLER FINN, ESQ.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br><br>*Attorneys for EB Holdings II, Inc.* | By: */s/ Jessica L.G. Moran*<br>THOMAS E. BIRSIC, ESQ.<br>JESSICA L.G. MORAN, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for QXH II, Inc.* |
| DENTONS US LLP | ANDERSON, McPHARLIN & CONNERS LLP |
| By: */s/ Leanna Anderson*<br>KEITH MOSKOWITZ, ESQ.<br>TIMOTHY STORINO, ESQ.<br>LEANNA ANDERSON, ESQ.<br>LEANDRA LOPEZ, ESQ.<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br><br>*Attorneys for Illinois National Insurance Company* | CARLETON R. BURCH, ESQ.<br>VINCENT JAMES JOHN ROMEO, ESQ.<br>KENNETH D. WATNICK, ESQ.<br>601 S. Seventh Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Illinois National Insurance Company* |

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By: /s/ *Jeffrey D. Olster*<br>JEFFREY D. OLSTER, ESQ.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Federal Insurance Company* | By: /s/ *Andrea V. Martinez*<br>CHAD C. BUTTERFIELD, ESQ.<br>300 South 4th Street, 11th Floor<br>Las Vegas, Nevada 89101<br><br>RICHARD A. SIMPSON, ESQ.<br>ASHLEY CRISS, ESQ. (*pro hac vice* pending)<br>ANDREA V. MARTINEZ, ESQ.<br>WILEY REIN LLP<br>2050 M Street, NW<br>Washington, DC 20036<br><br>*Attorneys for Continental Casualty Company* |

**<u>Order</u>**

IT IS THEREFORE ORDERED that, with good cause appearing, the parties' stipulation to extend time **[ECF No. 284] is GRANTED**. Opposition briefs to the pending summary-judgment motions [ECF Nos. 263, 274, 279, 280] are now due on April 11, 2025. Reply briefs are due on May 2, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 2, 2025