**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EB Holdings II, Inc., et al.,

    Plaintiff(s),

v.

Illinois National Insurance Company, et al.,

    Defendant(s).

Case No. 2:20-cv-02248-JAD-NJK

**Order**

[Docket No. 311]

Pending before the Court is Plaintiff's motion to continue the settlement conference and to compel terminated defendants to attend. Docket No. 311.

The Court **GRANTS** the motion to continue and **RESCHEDULES** the settlement conference to 10:00 a.m. on June 23, 2026. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on June 16, 2026.

The Court **DENIES** the motion to compel. No legal authority has been presented that terminated parties are properly forced to attend a settlement conference. Moreover, although vaguely worded, it appears that it may be futile to require such attendance in this case given the representation that the terminated defendants "do not plan to attend the settlement conference." Docket No. 311 at 2.[1]

IT IS SO ORDERED.

Dated: March 17, 2026

                                  _____

                                    Nancy J. Koppe
                                    United States Magistrate Judge

---

[1] If the terminated parties affirmatively wish to attend the settlement conference, a request for such relief may be filed and the Court will consider it.

1