KEITH MOSKOWITZ, ESQ.
(admitted *pro hac vice*)
TIMOTHY STORINO, ESQ.
(admitted *pro hac vice*)
LEANNA ANDERSON, ESQ.
(admitted *pro hac vice*)
LEANDRA LOPEZ, ESQ.
(admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 305-390-4624
keith.moskowitz@dentons.com
timothy.storino@dentons.com
leanna.anderson@dentons.com
leandra.lopez@dentons.com

CARLETON R. BURCH, ESQ.
Nevada Bar No. 10527
VINCENT JAMES JOHN ROMEO, ESQ.
Nevada Bar No. 9670
KENNETH D. WATNICK, ESQ.
(admitted *pro hac vice*)
ANDERSON, McPHARLIN & CONNERS LLP
601 S. Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 479-1010
Facsimile: (702) 479-1025
crb@amclaw.com
vjjr@amclaw.com
kdw@amclaw.com

*Attorneys for Defendant Illinois National Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No.  2:20-cv-02248-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR A DETERMINATION OF FINALITY AND CERTIFICATION FOR INTERLOCUTORY APPEAL**<br><br>**[FIRST REQUEST]   ECF No. 315** |

Pursuant to Local Rules 6-1 and 6-2, Defendants Illinois National Insurance Company ("Illinois National"), Continental Casualty Company ("Continental"), and Federal Insurance Company ("Federal") (together, "Defendants"), and Plaintiffs EB Holdings II, Inc. and QXH II, Inc. (together, "Plaintiffs"), through their respective counsel, stipulate that the time for Defendants to respond to Plaintiffs' motion for reconsideration or, in the alternative, for a determination of finality under Rule 54(b) and certification for interlocutory appeal under Section 1292(b) (ECF No. 313) (the "Motion") may be extended by 14 days to April 24, 2026, and state as follows:

1.     Defendants' responses to Plaintiffs' Motion are presently due on April 10, 2026.

Case No. 2:20-cv-02248-JAD-NJK

STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OR FOR A DETERMINATION OF FINALITY AND CERTIFICATION

2.     Defendants seek **a two-week extension of time to respond to the Motion from April 10, 2026 to April 24, 2026.**

3.     There is good cause for the extension of time because Defendants' time to prepare responses was restricted by intervening Passover and Easter holy days.

4.     Defendants respectfully request the additional time to adequately prepare responses to Plaintiffs' Motion.

5.     There have been no other extensions of time to the response deadline to Plaintiffs' Motion.

6.     The requested extension is agreed, not intended for the purpose of delay, and will not prejudice any party or nonparty.

**IT IS SO STIPULATED:**

DATED:  April 8, 2026

| | |
|---|---|
| **DENTONS US LLP** | **ANDERSON, McPHARLIN & CONNERS LLP** |
| /s/ Keith Moskowitz | CARLETON R. BURCH, ESQ.<br>Nevada Bar No. 10527 |
| KEITH MOSKOWITZ, ESQ.<br>(admitted *pro hac vice*) | VINCENT JAMES JOHN ROMEO, ESQ.<br>Nevada Bar No. 9670 |
| TIMOTHY STORINO, ESQ.<br>(admitted *pro hac vice*) | KENNETH D. WATNICK, ESQ.<br>(admitted *pro hac vice*) |
| LEANNA ANDERSON, ESQ.<br>(admitted *pro hac vice*) | ANDERSON, McPHARLIN & CONNERS LLP |
| LEANDRA LOPEZ, ESQ.<br>(admitted *pro hac vice*) | 601 S. Seventh Street |
| DENTONS US LLP | Las Vegas, Nevada 89101 |
| 233 South Wacker Drive, Suite 5900 | Telephone: (702) 479-1010 |
| Chicago, IL 60606-6361 | Facsimile: (702) 479-1025 |
| Telephone: 305-390-4624 | crb@amclaw.com |
| keith.moskowitz@dentons.com | vjjr@amclaw.com |
| timothy.storino@dentons.com | kdw@amclaw.com |
| leanna.anderson@dentons.com | *Attorneys for Defendant Illinois National* |
| leandra.lopez@dentons.com | *Insurance Company* |
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| /s/ Jeffrey D. Olster | /s/ Richard A. Simpson |

STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OR FOR A DETERMINATION OF FINALITY AND CERTIFICATION

JEFFREY D. OLSTER, ESQ.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Federal Insurance Company*

RICHARD A. SIMPSON, ESQ. (admitted *pro hac vice*)
ASHLEY CRISS, ESQ. (admitted *pro hac vice*)
ANDREA V. MARTINEZ, ESQ. (admitted *pro hac vice*)
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036

CHAD C. BUTTERFIELD, ESQ.
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101

*Attorneys for Continental Casualty Company*

**SUSMAN GODFREY L.L.P.**

*/s/ Steven M. Shepard*

SUSMAN GODFREY L.L.P.
ALEXANDRA G. WHITE, ESQ. (admitted *pro hac vice*)
STEVEN M. SHEPARD, ESQ. (admitted *pro hac vice*)
FLOYD G. SHORT, ESQ. (admitted *pro hac vice*)
RAVI PAUL SINGH BHALLA, ESQ. (admitted *pro hac vice*)
TYLER FINN, ESQ. (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

**GARMAN TURNER GORDON**
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
DYLAN CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for EB Holdings II, Inc.*

**K&L GATES LLP**

*/s/ Jessica L.G. Moran*

THOMAS E. BIRSIC, ESQ. (admitted *pro hac vice*)
JESSICA L.G. MORAN, ESQ. (admitted *pro hac vice*)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222

**GHANDI DEETER BLACKHAM**
SHARA L. LARSON, ESQ.
725 S. 8th Street, Suite 100
Las Vegas, Nevada 89101

*Attorneys for QXH II, Inc.*

With good cause appearing, IT IS ORDERED that the parties' stipulation to extend time **[ECF No. 315] is GRANTED**. Defendants' responses are now due on April 24, 2026.

_____
U.S. District Judge Jennifer A. Dorsey
April 10, 2026

STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR
RECONSIDERATION OR FOR A DETERMINATION OF FINALITY AND CERTIFICATION