**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC.,<br>                              Plaintiffs,<br><br>        vs.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY;<br>CONTINENTAL CASUALTY COMPANY; and<br>FEDERAL INSURANCE COMPANY,<br>                              Defendants. | Case No.  2:20-cv-02248-JAD-NJK<br><br>**ORDER GRANTING**<br>**MOTION TO REMOVE ATTORNEY**<br>**FROM ELECTRONIC SERVICE**<br>**LIST** |

Defendant Continental Casualty Company, by and through its attorneys of record, Sheri M. Thome, Esq. and Shawn A. Mangano, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and pursuant to Local Rule IA 11-6, hereby respectfully moves this Court for an Order removing attorney Chad C. Butterfield, Esq. (Bar No. 10532), former email address: Chad.Butterfield@wilsonelser.com, from the service list in this matter.

. . .

. . .

Chad C. Butterfield, Esq. is no longer with Wilson, Elser, Moskowitz, Edelman & Dicker LLP. Mr. Butterfield's removal from the E-service list will not delay these proceedings as Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel of record for Defendants in this matter.

DATED this 24th day of April, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Shawn A. Mangano, Esq.*
Sheri M. Thome, Esq.
Nevada Bar No. 8657
Shawn A. Mangano, Esq.
Nevada Bar No. 6730
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorney for Defendant*
*Continental Casualty Company*

**IT IS SO ORDERED**
Dated: April 27, 2026

Nancy J. Koppe
United States Magistrate Judge

-2-

334584805v.1