GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
Attorneys for QXH II, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., ) <br><br> ) <br> ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ILLINOIS NATIONAL INSURANCE ) <br> COMPANY, CONTINENTAL ) <br> CASUALTY COMPANY, and FEDERAL ) <br> Defendant(s). ) <br> ) <br> ) | Case #2:20-cv-02248-JAD-NJK <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

[ECF No. 329]

_____Seth D. Lamden_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

Blank Rome LLP
(firm name)

with offices at _____444 West Lake Street, Suite 1650_____,
(street address)

_____Chicago_____, Illinois [ ▾ ], 60606 ,
(city)                              (state)                              (zip code)

_____(312) 776-2600_____, _____Seth.Lamden@blankrome.com_____.
(area code + telephone number)                  (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

_____QXH II, Inc., Plaintiff_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___November 4, 1999___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Illinois_____ ▼
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC for the Northern District of Illinois | 12/16/1999 | 6270134 |
| USDC for the Southern District of Illinois | 06/19/2018 | 6270134 |
| USDC for the Central District of Illinois | 08/12/2003 | 6270134 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

NONE.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE.

7.    That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Illinois - Bar ID Number 6270134 - issued 11/04/1999.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Illinois )
)
COUNTY OF ____Cook____ )

____Seth D. Lamden____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

21st day of APRIL, 2026.

_____
Notary Public or Clerk of Court

**OFFICIAL SEAL**
**CHEREE A WILLIAMS-WOODS**
Notary Public, State of Illinois
Commission No. 1007222
My Commission Expires March 25, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Shara Lynn Larson____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____725 S. 8th Street, Suite 100____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)                      (state)                      (zip code)

____702-878-1115____, ____shara@ghandilaw.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Shara Lynn Larson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Howard M. Meyers, President, QXH II, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Shara L. Larson
_____
Designated Resident Nevada Counsel's signature

7798                              shara@ghandilaw.com
_____
Bar number                        Email address

APPROVED:

Dated: this **29th** day of ___**April**___, 20**26** .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16