**SUSMAN GODFREY L.L.P.**
ALEXANDRA G. WHITE, ESQ. (admitted *pro hac vice*)
STEVEN M. SHEPARD, ESQ. (admitted *pro hac vice*)
FLOYD G. SHORT, ESQ. (admitted *pro hac vice*)
RAVI PAUL SINGH BHALLA, ESQ. (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

**GARMAN TURNER GORDON**
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
DYLAN CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for EB Holdings II, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EB HOLDINGS II, INC. and QXH II, INC., | Case No.  2:20-cv-02248-JAD-NJK |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR A DETERMINATION OF FINALITY AND CERTIFICATION FOR INTERLOCUTORY APPEAL** |
| v. | |
| ILLINOIS NATIONAL INSURANCE COMPANY, ET AL., | |
| Defendants. | |
| | **[FIRST REQUEST]**     [ECF No. 330] |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs EB Holdings II, Inc. and QXH II, Inc. (together, "Plaintiffs"), and Defendants Illinois National Insurance Company ("Illinois National"), Continental Casualty Company ("Continental"), and Federal Insurance Company ("Federal") (together, "Defendants"), and through their respective counsel, stipulate that the time for Plaintiffs to file a reply brief in support of their motion for reconsideration or, in the alternative, for a determination of finality under Rule 54(b) and certification for interlocutory appeal under Section 1292(b) (ECF No. 313) (the "Motion") may be extended by 7 days to May 8, 2026, and state as

follows:

1. Plaintiffs' reply is presently due on May 1, 2026.

2. Plaintiffs seek a one-week extension of time to file their reply, from May 1, 2026 to May 8, 2026.

3. There is good cause for the extension of time because Plaintiffs are replying to two opposition briefs (one from Continental and another from Illinois National) and because of the press of other business in other cases that Plaintiffs' counsel are handling.

4. Plaintiffs respectfully request the additional time to adequately prepare a joint reply addressing the arguments made in Continental's and Illinois National's oppositions.

5. There have been no other extensions of time to the deadline for Plaintiffs to file this reply brief.

6. The requested extension is agreed, not intended for the purpose of delay, and will not prejudice any party or nonparty.

**IT IS SO STIPULATED:**

DATED:  April 28, 2026

| | |
|---|---|
| **DENTONS US LLP** | **ANDERSON, McPHARLIN & CONNERS LLP** |
| */s/ Keith Moskowitz* | CARLETON R. BURCH, ESQ. |
| | Nevada Bar No. 10527 |
| KEITH MOSKOWITZ, ESQ. | VINCENT JAMES JOHN ROMEO, ESQ. |
| (admitted *pro hac vice*) | Nevada Bar No. 9670 |
| TIMOTHY STORINO, ESQ. | KENNETH D. WATNICK, ESQ. |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| LEANNA ANDERSON, ESQ. | ANDERSON, McPHARLIN & CONNERS LLP |
| (admitted *pro hac vice*) | 601 S. Seventh Street |
| LEANDRA LOPEZ, ESQ. | Las Vegas, Nevada 89101 |
| (admitted *pro hac vice*) | Telephone: (702) 479-1010 |
| DENTONS US LLP | Facsimile: (702) 479-1025 |
| 233 South Wacker Drive, Suite 5900 | crb@amclaw.com |
| Chicago, IL 60606-6361 | vjjr@amclaw.com |
| Telephone: 305-390-4624 | kdw@amclaw.com |
| keith.moskowitz@dentons.com | |
| timothy.storino@dentons.com | |
| leanna.anderson@dentons.com | *Attorneys for Defendant Illinois National* |
| leandra.lopez@dentons.com | *Insurance Company* |

STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR A DETERMINATION OF FINALITY AND CERTIFICATION FOR INTERLOCUTORY APPEAL

**LEWIS BRISBOIS BISGAARD &**
**SMITH LLP**

/s/ Jeffrey D. Olster

JEFFREY D. OLSTER, ESQ.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Federal Insurance*
*Company*

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**

/s/ Richard A. Simpson

RICHARD A. SIMPSON, ESQ. (admitted *pro hac vice*)
ASHLEY CRISS, ESQ. (admitted *pro hac vice*)
ANDREA V. MARTINEZ, ESQ. (admitted *pro hac vice*)
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036

SHAWN A. MANGANO, ESQ.
Nevada Bar No. 006730
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, NV 89119
Shawn.Mangano@wilsonelser.com

*Attorneys for Continental Casualty Company*

**SUSMAN GODFREY L.L.P.**

/s/ Steven M. Shepard

SUSMAN GODFREY L.L.P.
ALEXANDRA G. WHITE, ESQ.
(admitted *pro hac vice*)
STEVEN M. SHEPARD, ESQ. (admitted *pro hac vice*)
FLOYD G. SHORT, ESQ. (admitted *pro hac vice*)
RAVI PAUL SINGH BHALLA, ESQ.
(admitted *pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

**GARMAN TURNER GORDON**
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
DYLAN CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for EB Holdings II, Inc.*

**BLANK ROME**

/s/ Seth D. Lamden

MEGAN A. WOTHERSPOON, ESQ. (to be admitted *pro hac vice*)
SETH D. LAMDEN (to be admitted *pro hac vice*)
444 West Lake Street
Suite 1650
Chicago, IL 60606

**GHANDI DEETER BLACKHAM**
SHARA L. LARSON, ESQ.
725 S. 8th Street, Suite 100
Las Vegas, Nevada 89101

*Attorneys for QXH II, Inc.*

3    Case No. 2:20-cv-02248-JAD-NJK

STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR A DETERMINATION OF FINALITY AND CERTIFICATION FOR INTERLOCUTORY APPEAL

**IT IS SO ORDERED:**

IT IS THEREFORE ORDERED that, with good cause appearing, the parties' stipulation to extend time **is GRANTED**.  Plaintiffs' reply brief is now due May 8, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 30, 2026

4                                          Case No. 2:20-cv-02248-JAD-NJK

STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR A DETERMINATION OF FINALITY AND CERTIFICATION FOR INTERLOCUTORY APPEAL