**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EB Holdings II, Inc., et al.,

    Plaintiff(s),

v.

Illinois National Insurance Company, et al.,

    Defendant(s).

Case No. 2:20-cv-02248-JAD-NJK

**Order**

[Docket No. 311]

This case is set for a settlement conference on June 23, 2026.  Docket No. 312.  After the case was referred for a settlement conference, Plaintiffs filed a motion for reconsideration.  Docket No. 313.  It appears that holding a settlement conference at this juncture may not be fruitful.  *See, e.g., id.* at 21.  Accordingly, the Court **CONTINUES** the settlement conference to a date following resolution of the motion for reconsideration.  If proceedings in this Court remain ongoing,[1] the parties must file a stipulation with proposed dates on which all participants are available for a settlement conference.  That stipulation must be filed within 21 days of issuance of the order resolving the motion for reconsideration.  Lastly, the Court will destroy the settlement statements provided to date and new settlement statements must be submitted in advance of a continued settlement conference.

    IT IS SO ORDERED.

    Dated: June 16, 2026

                        Nancy J. Koppe
                        United States Magistrate Judge

---

[1] The motion for reconsideration seeks alternative relief regarding entry of judgment and interlocutory appeal.

1