**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EB Holdings II, Inc., et al.,<br>Plaintiff(s),<br>v.<br>Illinois National Insurance Company, et al.,<br>Defendant(s). | Case No. 2:20-cv-02248-JAD-NJK<br>**Order**<br>[Docket No. 340] |

Pending before the Court is a stipulation to substitute Illinois National's expert witness and to reset the settlement conference, Docket No. 340, which is **GRANTED**. Illinois National must disclose its new expert report by August 31, 2026. Any motion to exclude that new report must be filed by September 4, 2026. Any request for discovery related to the new report must be filed by September 4, 2026. The Court **SETS** a settlement conference for 10:00 a.m. on October 16, 2026.[1] The parties must submit settlement statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on October 9, 2026. All other requirements in the earlier settlement conference order (Docket No. 310) continue to govern.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Parties seeking new settlement conference dates must provide five alternative dates on which all participants are available. *See* Docket No. 310 at 1 n.1. The instant request seeks a settlement conference on one of two dates: (1) October 1, 2026, which is a busy date during the undersigned's criminal duty week, or (2) October 12, 2026, which is a federal holiday on which the Court is closed. As such, the Court has not set the settlement conference on a date proposed by the parties. If the settlement conference date identified herein is not available for all required participants, a request to reschedule the settlement conference must be filed within seven days of the issuance of this order. If Plaintiffs file a motion to exclude or for additional discovery, the parties may file a request to reschedule the settlement conference at that juncture.