**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EB Holdings II, Inc., et al.,<br>Plaintiff(s),<br>v.<br>Illinois National Insurance Company, et al.,<br>Defendant(s). | Case No. 2:20-cv-02248-JAD-NJK<br>**Order**<br>[Docket No. 342] |

Pending before the Court is a stipulation to reset the settlement conference, Docket No. 342, which is **GRANTED**. The settlement conference is reset for 10:00 a.m. on November 13, 2026. The parties must submit settlement statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on November 7, 2026. All other requirements in the earlier settlement conference order (Docket No. 310) continue to govern.

IT IS SO ORDERED.

Dated: August 3, 2026

Nancy J. Koppe
United States Magistrate Judge